(i)

All physicalities of life exists with in the Same realms of energies & all follows a mathematical order of existence. Which is naturally put together one Atom at a time. As time never be time, Cause motion is all ways in existence. A pure Calculation of one Atom could never exist.

Grounding yourself, your energy to the earth naturally befre the parameters of other Human Beings energies that the "UNITED STATES OF AMERICA" has harness. That Same energy that "UNITED STATES OF AMERICA" has harness, before it become in Sequence with your energy. That void was created after 34 years of "Technically" not connecting energies with the rest of living Human Beings that are moving & thinking a like in harmony. That "Black Hole" void of potential energy has to go Some were. It goes back into the Universe that "Potential Energy". If you don't have the tools & technology to harness that "potential Energy". If you do have the tools & technology you can harness that "potential Energy" & use it.

RCVD - USDC COLA SC
MAY 28 '24 AM 9:17

Thomas C. Jacobi Allen
XX-XX-XX 89
XX-XX-9587
626 W. Oakland Ave.
Sumter S.C. 29150

Thomas C. Jacobi Allen
Plaintiff

The abilites to show & prove it exists, its obtainable. I'm fully Capable of showing & proving it as well. That I'm physically & mentally connected to all sources of energies. Due from the waves & electrical Current usage by all Human Beings in existence. Which was the by product of all energies. I need to be compensated for the harm it has caused on me physical, mentally & Emotionally. Under the Environmental Justice For All Act 117th Congress (2021-2022) Justice shall be served.

Thomas C. Jacobi Allen
6464 W, Oakland Ave.
Sumter S.C. 29150
XX-XX-XX89
XXX-XX-9587

Plaintiff